

**BARBER LAW**
TRIAL ATTORNEYS

November 13, 2025

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 17, 2025

**VIA ECF**
Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

  Re: **Cayla Moore v. Piper Sandler & Co., et al.**
     **Civil Action No. 1:25-cv-06962-AS**

Dear Judge Subramanian:

 On behalf of Plaintiff Cayla Moore, we respectfully submit this letter-motion seeking the adjournment of the Initial Pretrial Conference scheduled for November 19, 2025. Defendants' counsel consents to this adjournment.

 Pursuant to Rules 2 (E) and 8 (A) of Your Honor's Individual Practice Rules:

(1) The original date of the Rule 16 conference is November 19, 2025 at 3:30 PM;

(2) This is the first request to adjourn the conference;

(3) N/A;

(4) This request is predicated upon the fact that Plaintiff will file an amended complaint in response to Defendants' motion to dismiss, as detailed in my November 12, 2025 filed letter to the Court. Defendants will then respond to the amended complaint by mid-December, and while we do not know

98 Washington Street • Morristown, NJ 07960  |  420 Lexington Avenue, Suite 300 • New York, NY 10170
973.401.0064 [p]  973.401.0061 [f]     212.297.6136 [p]  212.986.1952 [f]

www.kbarberlaw.com

Honorable Arun Subramanian, U.S.D.J.
November 13, 2025
Page 2 of 2

      with certainty, there is a reasonable likelihood that motion practice will continue to ensue at that time and into the new year. In that scenario, the parties believe that it will be more efficient and logical to have resolution on the operative claims prior to commencing discovery. At such time, the parties will be in a better position to submit its proposed joint letter and case management plan with more accurate information including proposed dates and deadlines for the completion of certain case activities.

(5)    Defendants' counsel consents; and

(6)    There is no other scheduled appearance or other existing deadlines (apart from upcoming activity in connection with Plaintiff's amended complaint).

    We thank Your Honor for your consideration. We remain available to further discuss these matters should Your Honor have any questions or instructions.

    Respectfully submitted,
    **BARBER LAW, LLC**

    */s/ Patrick Lucignani*
    Patrick Lucignani

PL:klr
cc:    All Counsel of Record (via ECF and email)