UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAYLA MOORE,

Plaintiff,

-against-

PIPER SANDLER & CO., DAVID STADINSKI, and DEMETRIOS HADGIS,

Defendants.

25-CV-6962 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Cayla Moore sues her former employer, Piper Sandler & Co., and two supervisors, Demetrios Hadgis and David Stadinski, for discrimination and retaliation under the New York City Human Rights Law (NYCHRL). The NYCHRL requires Moore to plausibly allege that she was treated less well at least in part because of her gender. *See Mihalik v. Credit Agricole Cheuvreux N. Am., Inc.*, 715 F.3d 102, 110 & n.8 (2d Cir. 2013).

Having reviewed the complaint and drawing reasonable inferences in Moore's favor, the Court concludes that Moore has plausibly alleged that Piper Sandler and Hadgis discriminated against her on the basis of gender. Moore also plausibly alleges that Piper Sandler and Hadgis retaliated against her after she filed complaints. However, Moore fails to plausibly allege individual liability on the part of Stadinski, who she merely alleges received complaints and participated in her termination. So Defendants' motion to dismiss is DENIED except as to Stadinski. Moore's claim for individual liability against Stadinski is DISMISSED with leave to amend. Any amendment must be filed on or before September 28, 2026.

The parties should meet and confer and submit, by letter motion, a jointly proposed case management schedule for this case on or before September 28, 2026. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 20.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge