UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAYLA MOORE,

Plaintiff,

-against-

PIPER SANDLER & CO., DAVID STADINSKI, and DEMETRIOS HADGIS,

Defendants.

25-CV-6962 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants' motion to dismiss Moore's original complaint, Dkt. 12, is DENIED as moot. Moore subsequently filed an amended complaint, Dkt. 17, defendants moved to dismiss that amended pleading, Dkt. 20, and the Court ruled on that motion, Dkt. 31. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 12.

SO ORDERED.

Dated: September 22, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge